# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAQUELINE ORTEGA,**

    **Plaintiff,**

v.                                         Case No:   6:14-cv-1403-Orl-22DAB

**SENIOR HOUSING SOLUTIONS OF FLORIDA, LLC, SUSAN B. ROSBURY and STEVEN L. ROSBURY,**

    **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of FLSA Settlement Agreement (Doc. No. 47) filed on December 16, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 23, 2015 (Doc. No. 48), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement Agreement is hereby GRANTED. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA issues.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2016.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record